No. 600.   PENN *v.* CHICAGO & NORTH WESTERN RAIL-
WAY Co.   C. C. A. 7th.   Certiorari granted.   *Royal W.*
*Irwin* for petitioner.   *Lowell Hastings* for respondent.

No. 612.   MICHELSON *v.* UNITED STATES.   C. C. A. 2d.
Certiorari granted.   *Louis J. Castellano* for petitioner.
*Solicitor General Perlman, Assistant Attorney General*
*Quinn, Robert S. Erdahl* and *Joseph M. Howard* for the
United States.

No. 613.   HYNES, REGIONAL DIRECTOR, FISH & WILD-
LIFE SERVICE, DEPARTMENT OF THE INTERIOR, *v.* GRIMES
PACKING Co. ET AL.   C. C. A. 9th.   Certiorari granted.
*Solicitor General Perlman* for petitioner.   *Edward F.*
*Medley* and *Charles A. Horsky* for respondents.

No. 628.   ECKENRODE, ADMINISTRATRIX, *v.* PENNSYL-
VANIA RAILROAD Co.   C. C. A. 3d.   Certiorari granted.
*John H. Hoffman* for petitioner.   *Philip Price* for re-
spondent.

Nos. 650 and 651.   COMMISSIONER OF INTERNAL REV-
ENUE *v.* JACOBSON.   C. C. A. 7th.   Certiorari granted.
*Solicitor General Perlman* for petitioner.   Respondent
*pro se.*

No. 400, Misc.   TAYLOR *v.* ALABAMA.   Supreme Court
of Alabama.   Certiorari granted.   *Thurgood Marshall*
for petitioner.   *A. A. Carmichael,* Attorney General of
Alabama, and *James L. Screws,* Assistant Attorney Gen-
eral, for respondent.